**Order entered December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01394-CV

### IN RE WENDY L. ROGERS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80442-2015**

## ORDER

Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    DAVID J. SCHENCK
       JUSTICE